No. 71–5640. FITZGERALD *v.* CIVIL SERVICE COMMISSION OF RADNOR TOWNSHIP. Super. Ct. Pa. Certiorari denied.

No. 71–5641. CARTER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 71–5642. FOUNTAIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 71–5643. CASELLA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 71–5644. EDWARDS *v.* FISHMAN. C. A. 7th Cir. Certiorari denied.

No. 71–5646. BELL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 71–5649. COLABELLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 71–5650. NORTHERN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 71–5651. TREVINO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 71–5653. PRESSLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5654. WINKFIELD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–5655. OVERTON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 71–5658. SARRAMEDA *v.* SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 1st Cir. Certiorari denied.